UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-1380-T-36SPF

DAVID POSCHMANN,

    Plaintiff,

v.

MIRAMAR RESORT ST. PETE, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

Dated: July 13, 2020

                                        s/Drew M. Levitt
                                        Drew M. Levitt
                                        Florida Bar No. 782246
                                        drewmlevitt@gmail.com
                                        Lee D. Sarkin, Esq.
                                        Florida Bar No. 962848
                                        Lsarkin@aol.com
                                        4700 N.W. Boca Raton Boulevard
                                        Suite 302
                                        Boca Raton, Florida 33431
                                        Telephone (561) 994-6922
                                        Attorneys for Plaintiff