UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                                                       Case No: 8:20-cv-1380-T-36SPF

MIRAMAR RESORT ST. PETE, LLC,

    Defendant.
_____/

# O R D E R

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Doc. 13). In accord with the Notice of Voluntary Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Notice of Voluntary Dismissal With Prejudice is **APPROVED** (Doc. 13).

    2)     This cause is dismissed, with prejudice.

    3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on July 21, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record